Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED '09 AUG 14 08:10 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN M. STARR, | ) |
|  | ) Case No. 08-6189-CL |
| Plaintiff, | ) |
|  | ) ORDER REGARDING |
| vs. | ) ATTORNEY FEES |
|  | ) UNDER THE SOCIAL SECURITY ACT |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby ORDERED that Plaintiff's counsel is granted 60 days subsequent to receipt of notification of past-due benefits to submit a request for attorney fees.

IT IS SO ORDERED this __13__ day of August, 2009.

_____
U.S. District Judge

PRESENTED BY:

/s/ Kathryn Tassinari
Kathryn Tassinari

ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT - 1